**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42ND STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  TEL. (212) 686-8111
**NEW YORK**  FAX. (212) 202-7800
E-MAIL: rpalma@verizon.net

September 26, 2022

**ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street.  Courtroom 12D
New York, N.Y. 10007

  **Re:** <u>**United States v. Marco Druskovich**</u>, Dk No. 22 CR 309 (JPC)
    **Unopposed Defense request seeking 1-week Adjournment of October 28th**
    **Court Appearance to Friday, November 4, 2022.**

Dear Judge Cronan:

  In anticipation that the parties will proceed to a Suppression Hearing on October 28, 2022, I respectfully seek a 1-week adjournment to Friday, November 4, 2022 because my associate, Thomas Eddy, has an important personal matter which conflicts with the scheduled date.  I apologize to Your Honor for any inconvenience my request may cause. Furthermore, if November 4 is not convenient to Your Honor, I will consult immediately with the Government about dates which the Court deems convenient. In seeking this adjournment, the Government voiced no opposition.

  Lastly, I appreciate Your Honor's consideration of this request and if there are any questions I can be reached immediately at (917) 751-5754.

  Thank you.

              Respectfully submitted,
              s/ Richard Palma
              Richard Palma

The request is granted.  The Suppression Hearing scheduled at 10:00 a.m. on October 28, 2022, is adjourned until November 4, 2022, at 10:00 a.m.

SO ORDERED
Date: October 4, 2022
New York, New York

            _____
              JOHN P. CRONAN
             United States District Judge