```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
            -v-                                                      :
                                                                     :           22 Cr. 309 (JPC)
MARCO DRUSKOVICH,                                                    :
                                                                     :              ORDER
                              Defendant.                             :
                                                                     :
-------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

Upon review of the parties' briefing and other supporting documentation concerning Defendant's motion for suppression of physical evidence, Dkts. 27-30, 33, 35, the Court has concluded that there exist material questions of fact in dispute between the parties. Consequently, the Court will hold an evidentiary hearing on that motion as scheduled, on November 4 at 10:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge